AO 91 (Rev. 11/11) Criminal Complaint

United States District Court
Southern District of Texas
FILED
MAY 28 2020
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Dagoberto Rodriguez Jr.<br>COB: USA<br>YOB: 1992<br><br>*Defendant(s)* | )<br>)<br>) Case No. M-20-1084-M<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __05/27/2020__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC § 841 | Did knowingly and intentionally possess with the intent to distribute approximately 5.08 kilograms of Methamphetamine, a Schedule II controlled substance. |
| 21 USC § 952 | Did knowingly and intentionally import with the intent to distribute approximately 5.08 kilograms of Methamphetamine, a Schedule II controlled substance |

This criminal complaint is based on these facts:

See Attachment "A"

☑ Continued on the attached sheet.

Complaint authorized by: AUSA Roberto Lopez

/s/ Laron Smith
*Complainant's signature*

Laron Smith, HSI Special Agent
*Printed name and title*

Submitted by reliable electronic means, sworn to and attested to telephonically per Fed. R. Cr. 4.1, and probable cause found on:

Date: 5/28/20 - 5:55 p.m.

City and state: McAllen, Texas

U.S. Magistrate Judge Juan F. Alanis
*Printed name and title*

## ATTACHMENT A

This affidavit is intended to establish sufficient probable cause and does not set forth all of my knowledge about this matter.

On May 27, 2020, Dagoberto RODRIGUEZ Jr. attempted to enter the United States in a vehicle at the Hidalgo, Texas port of entry.

At the Port of Entry, RODRIGUEZ said that he was traveling from Reynosa, Mexico visiting family and that the vehicle was not his, without being asked by Customs and Border Protection Officers (CBPO). A CBPO received a negative declaration from RODRIGUEZ in include meats, fruits, drugs, ammo and money over $10,000. RODRIGUEZ was referred to secondary inspection due to his behavior.

While the vehicle was being inspected in secondary, RODRIGUEZ was asked to wait in the lobby area. During secondary inspection, CBPOs found a black plastic bag in the battery. Inside of the bag contained a crystal-like substance which tested positive for characteristics of methamphetamine.

Homeland Security Investigations (HSI) Special Agents and a Task Force Officer interviewed RODRIGUEZ, who waived his Miranda Rights in writing. The interview was recorded, and RODRIGUEZ initially denied knowing the presence of the controlled substances.

During a search of phones in RODRIGUEZ's possession, it was found that text messages had been sent out to contacts in the phone that were closely connected in a time frame that CBPO's were extracting the battery from the vehicle. One message read "Me la sacaron" which translates to "They took it out." These messages were sent during the time of the illegal narcotics were being extracted from the vehicle by CBPO's.

After, RODRIGUEZ was brought back to the interview room for further questioning. RODRIGUEZ began to change his story about his knowledge of knowing what was inside of the vehicle. RODRIGUEZ said he was asked to bring something to the United States but that he did not know what it was. RODRIGUEZ said he has been the only person in possession of the vehicle within the last week.

After a search of RODRIGUEZ, it was found that he was also in possession of a car battery post and bolts that fit the battery to the vehicle. There were also bolts and posts found in the door of the vehicle that matched the battery inside of the vehicle. When asked about the items, RODRIGUEZ stated that he found them on the ground. RODRIGUEZ said he wasn't going to say much more because he was in fear of his family being hurt.